| | | | |
|---|---|---|---|
| Green Tree Servicing Mortg. Co. v. Rauso; Rauso, In re | 05/10/2016 (2016) | 30 MAL Denied | No. 2157 EDA 2015 |
| Infante v. Bank of America, N.A. [36] | 05/17/2016 (2015) | 902 MAL Denied | Pa.Super., 130 A.3d 773 |
| J.E.E. v. M.P.E. | 04/26/2016 (2015) | 743, 744 MAL Denied | Pa.Super., 122 A.3d 1133 |
| Jackson ex rel. Hinkle v. Allegheny Valley School [37] | 05/04/2016 (2016) | 17 EAL Denied | Pa.Super., 135 A.3d 662 |
| Jones v. McNaughton Homes [38] | 05/03/2016 (2016) | 34 MAL Denied | No. 12 MDA 2015 105 MDA 2015 |
| Leckey v. Gottlieb | 05/03/2016 (2016) | 32 WAL Denied | Pa.Super., 134 A.3d 103 |
| Lischner v. Lischner | 05/03/2016 (2016) | 14 WAL Denied | Pa.Super., 135 A.3d 666 |
| Magaskie v. Wawa, Inc. | 05/04/2016 (2016) | 27 EAL Denied | Pa.Super., 135 A.3d 654 |
| Milstein v. Tower at Oak Hill Condominium Ass'n; Tower at Oak Hill Condominium Ass'n, In re | 04/26/2016 (2015) | 726, 727 MAL Denied | Pa.Super., 122 A.3d 1136 |
| P.J.A. v. H.C.N. | 05/05/2016 (2016) | 211 MAL Denied | Pa.Super., 141 A.3d 598 |
| Pscolka v. Boehme | 04/20/2016 (2015) | 390 WAL Denied | Pa.Super., 122 A.3d 1140 |

**36.** Justice WECHT did not participate in the consideration or decision of this matter.

**37.** Justice WECHT did not participate in the consideration or decision of this matter.

**38.** Justice WECHT did not participate in the consideration or decision of this matter.